administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order denying plaintiff's motion for a new trial upon the minutes of the court affirmed, with costs.

RAIFE, Respondent, v. SWITZER, Appellant (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Philip R. Raife against Andrew Switzer. No opinion. Order setting aside verdict and granting plaintiff's motion for a new trial affirmed, with costs.

RANDEL v. FRANK. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Elias Randel against Louis Frank. No opinion. Motion granted. Settle order on notice.

RANKIN v. BUSH et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by George C. Rankin, as receiver, against John J. Bush and others. No opinion. Motion denied, upon payment of $10 costs, and on condition that defendants have their appeal ready for argument at the December term. Order filed.

RAY, Appellant, v. HEARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Lottie C. Ray against Ralph E. Heard and others, as executors. No opinion. Judgment affirmed, with costs.

REALTY IRON WORKS v. HENNEY et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the Realty Iron Works against John Henney, impleaded. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

REISS, Respondent, v. BOEHM et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Samuel M. Reiss, as trustee, against Max S. Boehm and others. E. Goldmark, for appellants. W. M. Seabury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RHEIMS, Respondent, v. SHULDINER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Cyrus Rheims against David Shuldiner. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

RICHARD DEEVES & SON, Respondent, v. MANHATTAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Richard Deeves & Son against the Manhattan Life Insurance Company. E. S. Rapallo, for appellant. J. Frankenheimer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re RICHARDSON. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) In the matter of the judicial settlement of the accounts of William A. Richardson, as administrator, etc., of Elizabeth McArthur, deceased. No opinion. Decree unanimously affirmed, with costs.

RIDER, Appellant, v. BRITTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Clinton W. Rider against Margaret Britton.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, it appearing by statements in appellant's brief that the cause was upon the calendar at the term at which the order was granted, the court in the exercise of its discretion had the right to make the order appealed from, independent of the provisions of rule 31 of the general rules of practice.

SPRING, J., dissents, upon the authority of Ellensohn v. Keyes, 6 App. Div. 601, 39 N. Y. Supp. 774.

In re ROBERTS. (Supreme Court, Appellate Division, First Department. June Term, 1907.) In the matter of Frederick R. Roberts. No opinion. Motion denied, with $10 costs.

ROBINSON, Appellant, v. KELSO et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Susan F. Robinson against Caroline Kelso and Edna D. Jones, individually and as administratrix with the will annexed of the goods, etc., of John S. Kelso, deceased.

PER CURIAM. Judgment (53 Misc. Rep. 89, 103 N. Y. Supp. 1098) affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

In re ROCHE. BATES et al., Appellants, v. ROCHE et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) In the matter of the judicial settlement of the accounts of William J. Roche, as executor of the last will and testament of Henry T. Nason, deceased. Action by Eliza E. Bates and another against William J. Roche, as executor, etc., and others. No opinions. Motions denied. See 104 N. Y. Supp. 601, 1138.

ROCK, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Edgar Rock against the International Paper Company.

PER CURIAM. Judgment affirmed, with costs.

CHESTER and KELLOGG, JJ., dissent.

ROCKWOOD v. NEW YORK CONTRACTING CO., NEW HAVEN IMPROVEMENTS. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Martin D. Rockwood, as administrator, etc., against the New York Contracting Company, New Haven Improvements. No opinion. Motion denied, with $10 costs.